THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
JEREMY S. SMITH, SBN 283812
  jssmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

MATTHEW N. BALL, SBN 327028
  mnball@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5359
Facsimile:   650.849.5059

Attorneys for Draper James, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LARYSSA GALVEZ, JUDITH LINDLEY, and NATALIE ANDERSON,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DRAPER JAMES, LLC, REESE WITHERSPOON, and DOES 1 THROUGH 10,<br><br>                    Defendants | CASE NO. 2:20-cv-04976<br><br>**DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT DRAPER JAMES, LLC'S NOTICE OF REMOVAL**<br><br>[Removal from the Superior Court in and for the County of Los Angeles, Case No. 20STCV15386]<br><br>ACTION FILED:  April 21, 2020<br><br>COMPLAINT SERVED:  May 7, 2020 |

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT DRAPER JAMES'S NOTICE OF REMOVAL

### DECLARATION OF THEANE EVANGELIS

I, Theane Evangelis, hereby declare and state:

1.      I am an attorney duly licensed to practice law before all the courts of the State of California as well as the United States District Court for the Central District of California.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and am one of the attorneys representing Defendant Draper James, LLC ("Defendant") in the above-titled action.  I have personal knowledge of the matters stated herein, and if asked to testify thereto, I could and would do so competently.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles, which was filed on April 21, 2020, and served on Defendant on May 7, 2020.

3.      Attached hereto as **Exhibit B** is a true and correct copy of the Civil Case Cover Sheet in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles, which was filed on April 21, 2020, and served on Defendant on May 7, 2020.

4.      Attached hereto as **Exhibit C** is a true and correct copy of the Summons in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles, which was filed on April 29, 2020, and served on Defendant on May 7, 2020.

5.      Attached hereto as **Exhibit D** is a true and correct copy of the Notice of Case Assignment in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles, which was filed on April 21, 2020, and served on Defendant on May 7, 2020.

6.      Attached hereto as **Exhibit E** is a true and correct copy of the document titled, "Voluntary Efficient Litigation Stipulations," which was served on Defendant on May 7, 2020.

Gibson, Dunn &
Crutcher LLP

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT DRAPER JAMES'S NOTICE OF REMOVAL

7. Attached hereto as **Exhibit F** is a true and correct copy of the document titled, "Alternative Dispute Resolution (ADR) Information Package," which was served on Defendant on May 7, 2020.

8. Attached hereto as **Exhibit G** is a true and correct copy of a Proof of Service of Summons, Complaint, and Attachments in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles, which was served on Defendant on May 7, 2020.

9. In accordance with 28 U.S.C. § 1446(a), Exhibits A through G constitute copies of "all process, pleadings, and orders served upon" Defendant and/or filed in *Laryssa Galvez, et al. v. Draper James, LLC, et al.*, Case No. 20STCV15386, Superior Court of California, County of Los Angeles.

10. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that I executed this Declaration on June 4, 2020, in Los Angeles, California.

*/s/ Theane Evangelis*

Theane Evangelis

DECLARATION OF THEANE EVANGELIS IN SUPPORT OF DEFENDANT DRAPER JAMES'S NOTICE OF REMOVAL