| | |
|---|---|
| 1 | THEANE EVANGELIS, SBN 243570 |
| | tevangelis@gibsondunn.com |
| 2 | TIMOTHY W. LOOSE, SBN 241037 |
| | tloose@gibsondunn.com |
| 3 | JEREMY S. SMITH, SBN 283812 |
| | jssmith@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 6 | Facsimile: 213.229.7520 |
| 7 | MATTHEW BALL, SBN 327028 |
| | mnball@gibsondunn.com |
| 8 | GIBSON, DUNN & CRUTCHER LLP |
| | 1881 Page Mill Road |
| 9 | Palo Alto, CA 94304-1211 |
| | Telephone: 650.849.5300 |
| 10 | Facsimile: 650.849.5333 |
| 11 | Attorneys for Draper James, LLC, and Reese Witherspoon |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LARYSSA GALVEZ, JUDITH LINDLEY, and NATALIE ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>DRAPER JAMES, LLC, REESE WITHERSPOON, and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. 2:20-cv-04976-FMO-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DRAPER JAMES, LLC'S AND REESE WITHERSPOON'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Gibson, Dunn & Crutcher LLP

# [PROPOSED] ORDER

This matter is before the Court pursuant to Defendants Draper James, LLC's and Reese Witherspoon's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) (the "Motion").

This Court finds that Plaintiffs' claims lack legal merit because (1) all the claims in the Plaintiffs' First Amended Complaint ("FAC") rely on a gross mischaracterization of the Instagram post, (2) Plaintiffs allege neither residency nor injury in any state, *Schmitt v. Younique LLC*, No. SACV171397JVSJDEX, 2017 WL 10574060, at *4 (C.D. Cal. Dec. 4, 2017); (3) the FAC lacks plausible allegations of causation and harm, *Walker v. NDeX W. LLC*, No. 14-CV-2940-FMO, 2015 WL 12732460, at *4 (C.D. Cal. Feb. 20, 2015); (4) the claims of unjust enrichment and violations of the California Business and Professions Code section 17200 fail to establish the lack of an adequate remedy at law, *Sonner v. Premier Nutrition Corp.*, 962 F.3d 1072, 1081 (9th Cir. 2020); (5) Plaintiffs fail to establish that they are "consumers" under the California Legal Remedies Act or allege that any reliance or misrepresentation occurred, Cal. Civ. Code § 1761(d); *Ebner v. Fresh, Inc.*, 838 F.3d 958, 966 (9th Cir. 2016); (6) Plaintiffs fail to establish any unfair, unlawful, or fraudulent conduct under California Business and Professions Code section 17200; and (7) Plaintiffs cannot show any violation of New York General Business Law section 349.

The Court, having considered the briefing related to the Motion, and all other matters properly before the Court, being fully advised on the proceedings, and for good cause appearing, hereby **ORDERS** that the Motion is **GRANTED** and the above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Fernando M. Olguin
United States District Judge

Gibson, Dunn & Crutcher LLP