Alan M. Mansfield, SBN: 125998
WHATLEY KALLAS LLP
16870 W. Bernardo Drive
Suite 400
San Diego, CA, 92127

355 So. Grand Avenue
Suite 2450
Los Angeles, CA 90071
Telephone: (619) 308-5034
Facsimile: (888) 341-5048

William A. Baird, Esq. (SBN 192675)
BAIRD LAW FIRM
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Telephone: (805) 267-1209

E. Kirk Wood, Jr. (*to be admitted Pro Hac Vice*)
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Telephone: (205) 612-0243
Facsimile: (205) 705-1223

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ~~LARYSSA GALVEZ~~,[1] JUDITH LINDLEY, NATALIE ANDERSON, and ANN-MARIE MATTER, on behalf of themselves and all others similarly situated and for the benefit of the general public,<br><br>   Plaintiffs,<br><br> v.<br><br>DRAPER JAMES, LLC, REESE WITHERSPOON, and DOES 1 THROUGH 10,<br><br>   Defendants. | CASE NO. 2:20-cv-04976-FMO-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

---

[1] Ms. Galvez was terminated from this matter on July 17, 2020

NOTICE OF VOLUNTARY DISMISSAL   NO. 2:20-CV-04976-FMO-SK

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil
2  Procedure, the parties hereby stipulate that Plaintiffs' individual claims are
3  voluntarily dismissed with prejudice, and the class action allegations and claims in
4  the action are dismissed without prejudice to putative class members other than
5  Plaintiffs and without notice. Plaintiffs hereby voluntarily dismiss the above-styled
6  action in its entirety, with each party to bear their respective fees and costs incurred.

DATED: September 11, 2020

_____

Alan M. Mansfield (SBN 125998)
WHATLEY KALLAS, LLP
16870 W. Bernardo Drive, Suite 400
San Diego, CA 92127

355 So. Grand Avenue
Suite 2450
Los Angeles, CA 90071
Telephone: (619) 308-5034
Facsimile: (888) 341-5048
Email: amansfield@whatleykallas.com

William A. Baird, Esq. (SBN 192675)
BAIRD LAW FIRM
2625 Townsgate Road, Suite 330
Westlake Village, CA 91361
Telephone: (805) 267-1209
Email: w.baird.law@gmail.com

E. Kirk Wood, Jr. (to be admitted PHV)
WOOD LAW FIRM LLC
P. O. Box 382434
Birmingham, AL 35238
Telephone: (205) 612-0243
Facsimile: (205) 705-1223
Email: ekirkwood1@bellsouth.net

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

Alan M. Mansfield